Michael K. SMITH, et al., Appellants,

v.

Noble A. WHITEHEAD, et
al., Appellees.

No. 79-526.

District of Columbia Court of Appeals.

Argued En Banc Oct. 25, 1982.

Decided April 28, 1983.

Before NEWMAN, Chief Judge, KERN, NEBEKER, MACK, FERREN, PRYOR, BELSON * and TERRY, Associate Judges, and KELLY **, Associate Judge, Retired.

JUDGMENT

It appearing that this case was reheard before this court sitting en banc and that there is an evenly divided court on its disposition, it is

ORDERED and ADJUDGED that the judgment on appeal be, and it hereby is, affirmed.

---

* Associate Judge Belson has recused himself from participating in this case.

** Judge Kelly was an Associate Judge of the court at the time of the en banc argument; her status changed to Associate Judge, Retired, on March 31, 1983.